FILED

AUG 2 1 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIA ELENA REYES (13),

Defendant.

Case No. 24-CR-2320-TWR

**ORDER AND JUDGMENT OF DISMISSAL**

Upon motion of the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Indictment in the above-entitled case bis dismissed without prejudice as to Defendant MARIA ELENA REYES.

**SO ORDERED AND ADJUDGED.**

DATED: 8/21/26

HON. TODD W. ROBINSON
United States District Judge